UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP L. POOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 7:21-CV-78-D** |
| NAOMI POOLE, CHRISTY DONALDSON, ) | |
| DAWN VIOLET NELSON, DEBORAH L. ) | |
| DAMN, GLENDOLNE POOLE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the record and ADOPTS the conclusions in the M&R [D.E. 12], GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 1], and DENIES plaintiff's motions for protective orders and preliminary injunction and injunctive relief [D.E. 4, 10]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction and, alternatively, for failure to state a claim.

**This Judgment Filed and Entered on March 11, 2022, and Copies To:**

Phillip L. Poole                                                                 (via CM/ECF electronic notification)

DATE:                                                                              PETER A. MOORE, JR., CLERK

March 11, 2022                                                           (By) /s/ Nicole Sellers
                                                                                        Deputy Clerk